Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Casey E. Sadler (SBN 274241)
  csadler@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRON BRYAN NGOSIOK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PULSE BIOSCIENCES, INC., DARRIN UECKER, and SANDRA A. GARDINER,<br><br>Defendants. | Case No. 3:22-cv-00959-CRB<br><br>**JOINT STIPULATION OF DISMISSAL AND [**~~PROPOSED~~**] ORDER** |

WHEREAS, on February 16, 2022, Plaintiff Viron Bryan Ngosiok filed a complaint (the "Complaint," Dkt. No. 1) asserting violations of the Securities Exchange Act of 1934, which are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), against Defendants Pulse Biosciences, Inc., Darrin Uecker, and Sandra A. Gardiner (collectively, "Defendants");

WHEREAS, on May 13, 2022, the Court appointed Norman Kremer as Lead Plaintiff and approved his selection of Glancy Prongay & Murray LLP as Lead Counsel for the putative class;

WHEREAS, on July 12, 2022, Lead Plaintiff filed an amended complaint (Dkt. No. 29);

WHEREAS, on September 12, 2022, Defendants filed their motion to dismiss the amended complaint (Dkt. No. 31); and

WHEREAS, following Defendants' filing of a motion to dismiss, subsequent disclosures related to the alleged conduct at issue, and Lead Plaintiff's further investigation, Lead Plaintiff has determined not to file an opposition to Defendants' motion to dismiss and to voluntarily dismiss the above-captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure;

WHEREAS, Defendants did not file an answer or a motion for summary judgment; and

WHEREAS, the Parties agree that each party shall bear its own costs and attorneys' fees, and that no party asserts or contends that any of the parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel, subject to the Court's approval, as follows:

1. The above-captioned action is dismissed in its entirety, without prejudice to the unnamed class members, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Each of the Parties, through their undersigned counsel, stipulates not to contest that the other Parties and their attorneys of record complied with the requirements of Federal Rules of Civil Procedure 11 and all other applicable rules;

3. Each of the Parties shall bear their own attorneys' fees and costs incurred in connection with this action.

| | | |
|---|---|---|
| 1 | DATED:  November 14, 2022 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | By:   /s/ Casey E. Sadler |
| 3 | | Robert V. Prongay |
| | | Casey E. Sadler |
| 4 | | Pavithra Rajesh |
| | | 1925 Century Park East, Suite 2100 |
| 5 | | Los Angeles, California 90067 |
| 6 | | Telephone: (310) 201-9150 |
| | | Fax: (310) 201-9160 |
| 7 | | rprongay@glancylaw.com |
| | | csadler@glancylaw.com |
| 8 | | prajesh@glancylaw.com |
| 9 | | *Counsel for Lead Plaintiff* |
| 10 | DATED:  November 14, 2022 | BAKER & HOSTETLER LLP |
| 11 | | |
| | | By:   /s/ Victoria L. Weatherford |
| 12 | | Victoria L. Weatherford |
| 13 | | 600 Montgomery Street, Suite 3100 |
| | | San Francisco, CA 94111 |
| 14 | | Telephone: (415) 659-2600 |
| | | Fax: (415) 659-2601 |
| 15 | | Email: vweatherford@bakerlaw.com |
| 16 | | |
| | | Douglas W. Greene (admitted *pro hac vice*) |
| 17 | | Genevieve G. York-Erwin (admitted *pro hac vice*) |
| | | 45 Rockefeller Plaza |
| 18 | | New York, NY 10111-0100 |
| | | Phone: (212) 589-4200 |
| 19 | | Fax: (212) 589-4201 |
| | | dgreene@bakerlaw.com |
| 20 | | |
| 21 | | *Counsel for Defendants* |

22      Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

23  Dated: November 14, 2022            /s/ Casey E. Sadler
                                        Casey E. Sadler
24

25                          *       *       *

26

27

28

JOINT STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER
Case No. 3:22-cv-00959-CRB                                                          2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __November 15__, 2022

_____
The Honorable Charles R. Breyer
United States District Judge